

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,030-01

### EX PARTE BOBBY JOE PEYRONEL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1254877-A IN THE 174TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

A jury convicted Applicant of aggravated sexual assault of a child and sentenced him to fifty years in prison. Applicant, through habeas counsel, filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant argues that his trial counsel provided ineffective assistance for failing to call an expert witness in the defense's case-in-chief during the guilt/innocence phase of trial. The habeas court has entered findings and recommends that this Court grant habeas relief.

This Court has made an independent review of the habeas record and the record of Applicant's direct appeal, which was filed with Applicant's petition for discretionary review to this

Court and includes a transcription of Applicant's trial. *See Peyronel v. State*, 465 S.W.3d 650, No. 01-13-00198-CR (Tex. Crim. App. June 24, 2015). The habeas court's findings and recommendation are not supported by the habeas and trial records. Applicant fails to show entitlement to habeas relief. *See Strickland v. Washington*, 466 U.S. 668 (1984). Applicant's application for a writ of habeas corpus is denied.

Filed: March 2, 2022
Do not publish